# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-1215

———————————————

SIMMIE LEE KENDRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

October 16, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Kathleen Stover, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Frank X. Moehrle Jr. and Amanda Stokes, Assistant Attorneys General, Tallahassee, for Appellee.